IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN COSGRAVE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number: 09 cv 5490 |
| | ) | |
| THE ITASCA FIRE PROTECTION | ) | Honorable: Elaine Bucklo |
| DISTRICT NO. 1 AND CHIEF JAMES | ) | |
| D. MACARTHUR, INDIVIDUALLY | ) | |
| AND IN HIS OFFICIAL CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

NOW COME the Defendants, THE ITASCA FIRE PROTECTION DISTRICT NO. 1 and CHIEF JAMES D. MACARTHUR, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, by and through their attorneys, Ottosen Britz Kelly Cooper & Gilbert, Ltd., and moves this Court for the entry of an agreed Protective Order, in support thereof states as follows:

1. During the course of this matter, both Plaintiff and Defendants will require the use certain private or confidential information, including but not necessarily limited to the medical and financial records.

2. Pursuant to the requirements and authority granted by Federal Rule of Civil Procedure 26(c), the parties have conferred regarding the necessary disclosures to protect each from annoyance, embarrassment, oppression and undue burden or expense.

3. As a result of the discussions between the parties, an agreement has been reached regarding the entry of a Federal Rule of Civil Procedure 26(c) Protective Order.

4. Specifically, the parties have agreed to the entry of the protective order attached to this motion as Exhibit A.

WHEREFORE the Defendants, THE ITASCA FIRE PROTECTION DISTRICT NO. 1 and CHIEF JAMES D. MACARTHUR, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, prays this Court for the entry of the attached Agreed Protective Order and for such other and further relief as this court deems just and appropriate.

Respectfully submitted,

OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.


/s/ Stephen H. DiNolfo

Stephen H. DiNolfo
OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
630-682-0085