**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEVIN COSGRAVE,<br>    Plaintiff<br><br>v.<br><br>THE ITASCA FIRE PROTECTION<br>DISCTRICT NO. 1 AND CHIEF JAMES<br>D. MACARTHUR, INDIVIDUALLY<br>AND IN HIS OFFICIAL CAPACITY,<br>    Defendants. | Case Number: 09 cv 5490<br><br>Honorable: Bucklo |

## NOTICE OF MOTION

To:    Elfenbaum, Evers & Amarilio
        Michael J. Evers
        940 West Adams Street; Suite 300
        Chicago, Illinois 60607

**YOU ARE HEREBY NOTIFIED** that on **Thursday, February 25, 2010** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Bucklo or any judge sitting in her stead in Room 1441 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**, a copy of which is attached hereto.

                                      /s/ Stephen H. DiNolfo

OTTOSEN BRITZ KELLY COOPER & GILBERT, LTD.
1804 N. Naper Blvd., Ste. 350
Naperville, IL 60563
(630) 682-0085
ARDC No. 6206823

## PROOF OF SERVICE

       I, the undersigned, on oath state that I served a true and correct copy of this Notice electronically to the Court and to the above person on this 17th day of February, 2010.

                                      /s/ Stephen H. DiNolfo

SUBSCRIBED AND SWORN TO before me
this 17th day of February, 2010.

      /s/ Erin O'Malley
      Notary Public