## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

Kevin Cosgrave

                                Plaintiff,

v.                                                                   Case No.: 1:09–cv–05490
                                                                   Honorable Elaine E. Bucklo

Itasca Fire Protection District No. 1, The, et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 23, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:Defendants' motion for entry of agreed protective order [24] is granted.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.