IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN COSGRAVE,<br>   Plaintiff,<br><br>V.<br><br>THE ITASCA FIRE PROTECTION DISTRICT NO. 1 AND CHIEF JAMES D. MACARTHUR, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY<br>   Defendants. | Case No. 09-cv-05490<br>Hon. Elaine E. Bucklo<br>Magistrate Judge Morton Denlow |

**MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

NOW COMES the Plaintiff, KEVIN K. COSGRAVE, by and through his attorneys, ELFENBAUM EVERS & AMARILIO, and moves this Honorable Court to grant leave to HOLMAN & STEFANOWICZ, LLC and attorneys, Brian R. Holman, Dennis H. Stefanowicz, and Tara Beth Davis, to file their additional appearances on behalf of the Plaintiff, KEVIN K. COSGROVE in this matter, and for any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Michael J. Evers_____
Michael J. Evers (6224881)
312-226-2684
mevers@ilcomplaw.com

Elfenbaum, Evers & Amarilio
940 West Adams Street, Suite 300
Chicago, Illinois 60607
(312) 226-2650